**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Antoinette Vazquez            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16-10866 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
10 May 2021, 15:19:11, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322